FINK et al., receivers, *v.* ASH, and *vice versa*.

*Simmons, C. J.*—The evidence warranted the verdict, which was reasonable in amount, and if the court committed any error at all, it was not such as would require a new trial.

*Judgment affirmed; cross-bill of exceptions dismissed.*

May 19, 1896. Argued at the last term.

Action for damages.    Before Judge Harris.    City court of Floyd county.    March term, 1895.

*McCutchen & Shumate* and *Hoskinson & Harris*, for receivers.    *Dean & Dean*, contra.